IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ADMINISTRATIVE COMMITTEE
OF THE WAL-MART STORES, INC.
ASSOCIATES' HEALTH AND
WELFARE PLAN,

       Plaintiff,

vs.                                         Case No.: 1:07-cv-248-SPM-AK
JOSHUA SHIELDS, and
ARICA SHIELDS,

       Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the Plaintiff's "Notice of Voluntary Dismissal with Prejudice" (doc. 39) and Federal Civil Procedure Rule 41(a)(1), it is hereby

**ORDERED AND ADJUDGED** that this action is *dismissed with prejudice*.

**DONE AND ORDERED** this twenty-seventh day of December, 2007.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge